690 A.2d 233

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**David J. WILLIAMS, III, Appellant.**

Supreme Court of Pennsylvania.

Submitted Aug. 5, 1996.

Decided March 25, 1997.

J. Karen Arnold, for Commonwealth.

David Crowley, for David J. Williams, III.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## *ORDER*

PER CURIAM:

AND NOW, this 25th day of March, 1997, the above captioned matter is dismissed as improvidently granted.